

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karel Spikes<br><br>Plaintiff,<br>V.<br><br>PGN198, Inc., a California Corporation; Chula Vista Collective, a business entity whose form is unknown; Does 1 Through 10, Inclusive<br><br>Defendant. | Civil Action No. 19cv543-MMA(NLS)<br><br>DEFAULT JUDGMENT<br>IN A CIVIL CASE |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants in part Plaintiff's motion for default judgment against Defendant PGN198, INC. The Court awards Plaintiff $4,000 in statutory damages and $4,554.90 in attorney's fees and costs. The Court orders Defendant to provide and designate accessible parking in compliance with the Americans with Disabilities Act Accessibility Guidelines to the property located at 1161 Third Avenue, Chula Vista, CA 91911.

Date: 8/5/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ R. Chapman

R. Chapman, Deputy